

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's retained counsel, Ms. Angela Moore, filed appellant's brief on August 23, 2016. The State filed its brief on October 12, 2016.

On October 5, 2016, Ms. Moore filed a Motion to Withdraw as Attorney of Record. We remanded the cause to the trial court for it to make appropriate findings and rulings. In accordance with our order, the trial court conducted a hearing on October 27, 2016 and (1) granted Ms. Moore's motion to withdraw, (2) found that appellant desired to prosecute his appeal, and (3) allowed appellant to represent himself in this appeal.

In the meantime, appellant has filed a pro se motion for an extension of time in which to file a response to the State's brief and a pro se Motion to File Amendment to Appellant's Brief. The motions are GRANTED. **Appellant's pro se amended brief, which may also respond to the State's brief, is due no later than December 7, 2016**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court